```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :        INDICTMENT

       - v. -                    :        08 Cr.

JAMES BONCZEK,                   :
                                          08 CRIM 361
              Defendant.         :

- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR

JUDGE CROTTY

## COUNT ONE

The Grand Jury charges:

1. In or about October 2007, in the Southern District of New York and elsewhere, JAMES BONCZEK, the defendant, unlawfully, willfully, and knowingly did possess a book, magazine, periodical, film, videotape, computer disk, and other material that contains an image of child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, BONCZEK possessed images and videos depicting child pornography.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

## COUNT TWO

The Grand Jury further charges:

2. In or about October 2007, in the Southern District of New York and elsewhere, JAMES BONCZEK, the defendant,

unlawfully, willfully, and knowingly did receive child pornography that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, to wit, BONCZEK received images and videos depicting child pornography.

(Title 18, United States Code, Section 2252A(a)(2)(A).)

Deputy) _____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAMES BONCZEK

Defendant.

## INDICTMENT

08 Cr.

(18 U.S.C. §§ 2252A(a)(5)(B),
2252A(a)(2)(A).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____ Foreperson.

4/22/08 - Fld. Indictment, Case assigned to Judge Crotty for all purposes.
Eaton, Jr. U.S.M.J.

Post-It
11/1/87