# HAFETZ & NECHELES
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110

TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: info@hafetzlaw.com

FREDERICK P. HAFETZ
SUSAN R. NECHELES

MICHAEL S. CHERNIS
*TRACY E. SIVITZ
FLORA TARTAKOVSKY
**NOAH E. SHELANSKI

*ALSO ADMITTED IN
WASHINGTON, D.C.
**ALSO ADMITTED IN
NEW JERSEY

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: APR 24 2008]

April 23, 2008

VIA ELECTRONIC MAIL

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 735
New York, NY 10007

Re: United States v. James Bonczek
    1:08-cr-361 (PAC)

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 4/30/08 at 11:15 a.m. in Courtroom 20-C. It is further that pursuant to 18 U.S.C. 3161 (b) (8) (A), the time from 4/22/08 until 4/30/08 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public is a speedy trial. So Ordered.

SO ORDERED: 4-24-08

/s/ Paul Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Dear Judge Crotty:

In the above-referenced matter, although not yet posted on PACER, I have been informed by AUSA Kasulis that an indictment was returned against our client Dr. Bonczek, and that his arraignment is scheduled before Your Honor on Monday, April 28, 2008 at 3:30 p.m. Due to a previously scheduled event, I will be out of town at that time.

I respectfully request that Mr. Bonczek's arraignment be rescheduled for the morning of Wednesday, April 30, 2008. AUSA Kasulis agrees to this so long as we are able to consent that any additional days until arraignment not be counted against the government's "speedy trial" obligation under 18 U.S.C. § 3161. We agree that any time between the currently scheduled arraignment and any new date Your Honor chooses shall not be counted against the government's speedy trial obligation.

Respectfully submitted,

Susan R. Necheles

SRN/nes

cc: AUSA Telemachus Kasulis (via electronic mail)