```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
          - v. -                 :
                                 :
JAMES BONCZEK,                   :
                                 :
          Defendant.             :
                                 :
- - - - - - - - - - - - - - - - x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 3 0 2008

ORDER on Bail

08 Cr. 361 (PAC)

IT IS HEREBY ORDERED that the terms and conditions of bail as previously set are modified as follows: a condition of electronic monitoring is imposed; the drug testing condition previously imposed is hereby terminated; and the condition regarding the defendant's contact with minors is hereby amended to reflect that the defendant cannot take on new minor clients in connection with his profession as a therapist but can continue counseling the three families he is currently treating if, and to the extent that, those three families have been notified of the pending charges against him *and expressly consent to the continuance of such treatment. Defense counsel will report to the Court in writing on the disclosure to the three families and their express consent to the continuance of the treatment.* /PAC/

SO ORDERED:

Dated:   New York, New York
         April 30, 2008

_____
HONORABLE PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE