AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

UNITED STATES OF AMERICA

– v –

JAMES BONCZEK,

        Defendant.

**APPEARANCE**

Case Number: 08 Cr. 361 (PAC)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    JAMES BONCZEK

I certify that I am admitted to practice in this court.

| 5/2/2008 | *[signature]* |
|---|---|
| Date | Signature |

| Joshua R. Geller | jrg@hafetzlaw.com | JG-0187 |
|---|---|---|
| Print Name | | Bar Number |

Hafetz & Necheles, 500 Fifth Avenue, 29th Floor
Address

| New York | NY | 10110 |
|---|---|---|
| City | State | Zip Code |

| (212) 997-7595 | (212) 997-7646 |
|---|---|
| Phone Number | Fax Number |