# HAFETZ & NECHELES
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110

TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: info@hafetzlaw.com

FREDERICK P. HAFETZ
SUSAN R. NECHELES

MICHAEL S. CHERNIS
'TRACY E. SIVITZ
FLORA TARTAKOVSKY
**NOAH E. SHELANSKI

*ALSO ADMITTED IN
WASHINGTON, D.C.
**ALSO ADMITTED IN
NEW JERSEY

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 13 2008
```

May 6, 2008

**MEMO ENDORSED**

VIA ELECTRONIC MAIL

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 735
New York, NY 10007

Re: United States v. James Bonczek
     1:08-mj-00605-UA    08 cr 361 (PAC)

I write this letter to confirm that as directed by the Court, I have spoken with one parent of each of Mr. Bonczek's three patients. I informed each parent with whom I spoke that Mr. Bonczek currently has pending against him in federal court a criminal case in which he is charged with receiving and possessing child pornography. Each parent confirmed that he or she was aware of these charges and had been informed of these charges by Mr. Bonczek.

Respectfully submitted,

Susan R. Necheles

cc: AUSA Telemachus Kasulis   (via electronic mail)

*Handwritten endorsement:* At the initial appearance, the Government requested that the defendant be barred from continuing to see any patients. The Court granted the request as to new patients, but as to existing patients (there were 3) the Court ordered that defendant bring the pending charge to the attention of the patient and parent of patient/parent consented, the treatment could continue. The Court regards this letter as Counsel's representation that the Court's order has been complied with. Accordingly, the defendant may continue to provide treatment to his 3 existing patients.

SO ORDERED: MAY 13 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE