UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA,**

     **-against-**                               **08 CRIM 361 (PAC)**

**JAMES BONCZEK,**

               **Defendant.**

---

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the Memorandum of Law and accompanying Affidavit submitted in support, Defendant James Bonczek hereby moves this Court pursuant to Federal Rule of Criminal Procedure 17(c) for authorization to issue the attached subpoenas to the New York City Police Department and Stuyvesant Town for pre-trial production of documents.

Dated: New York, New York
       May 14, 2008

                                              Yours, etc.

                                              HAFETZ & NECHELES

                                                     /s/
                                           Susan R. Necheles, Esq. (SRN 1215)
                                           Joshua R. Geller, Esq. (JG 0187)
                                           500 Fifth Avenue
                                           29th Floor
                                           New York, New York 10110
                                           212-997-7595
                                           srn@hafetzlaw.com
                                           jrg@hafetzlaw.com

                                           *Attorneys for Defendant James Bonczek*