# HAFETZ & NECHELES
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110

TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: info@hafetzlaw.com

FREDERICK P. HAFETZ
SUSAN R. NECHELES
—
JOSHUA R. GELLER
TRACY E. SIVITZ
NOAH E. SKELANSKI
FLORA TARTAKOVSKY

*USDS SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: JUN 0 9 2008*

June 4, 2008

*June 9, 2008*
*The request is denied*
*So ordered*
*Paul Crotty*
*USDJ*

VIA ELECTRONIC MAIL

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 735
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. James Bonczek, No. 08 Crim. 361

Dear Judge Crotty:

As Your Honor is aware, I represent the defendant, James Bonczek, in the above-referenced matter. Mr. Bonczek is subject to home confinement and electronic monitoring under the supervision of Dennis Khilkevich of the Southern District of New York's Pretrial Services office.

Mr. Bonczek respectfully requests that this Court modify the conditions of his home confinement such that he may go out to dinner with his companion, Sanford Friedman, on Wednesday, June 11, 2008. Mr. Bonczek and Mr. Friedman have been partners for 31 years. Next Wednesday is Mr. Friedman's 80th birthday. Mr. Bonczek and Mr. Friedman would like to dine at Village Restaurant, located at 62 West Ninth Street, from 7:00 p.m. to 9:00 p.m. Mr. Bonczek would be home by 9:30 p.m.

My associate, Joshua Geller, has conferred with AUSA Telemachus Kasulis concerning this request. Mr. Kasulis has represented that the government has no objection. Mr. Geller has also spoken with the pretrial officer Mr. Khilkevich, who opposes this request.

HAFETZ & NECHELES

Honorable Paul A. Crotty
6/4/2008
Page 2 of 2

    Thank you for your consideration.

                                          Respectfully submitted,

                                          Susan R. Necheles

SRN/jrg

cc:    AUSA Telemachus Kasulis  (via electronic mail)
        Dennis Khilkevich (via electronic mail)