**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

        **-against-**                                **08 CRIM 361 (PAC)**

JAMES BONCZEK,

                         **Defendant.**

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the Memorandum of Law and accompanying Declaration of Susan Necheles submitted in support, Defendant James Bonczek hereby moves this Court pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C) to suppress (1) all evidence seized from his apartment located at 6 Stuyvesant Oval, Apartment 8H, (2) all evidence seized from the apartment of Sanford Friedman, located at 37 West 12th Street, Apartment 10F, and (3) the statement allegedly made by Mr. Bonczek to the police on October 18, 2007..

Dated: New York, New York
      July 1, 2008

                                     Yours, etc.

                                     HAFETZ & NECHELES

                                          s/

                                   Susan R. Necheles, Esq. (SRN 1215)
                                   Joshua R. Geller, Esq. (JG 0187)
                                   500 Fifth Avenue, 29th Floor
                                   New York, New York 10110
                                   212-997-7595
                                   srn@hafetzlaw.com
                                   jrg@hafetzlaw.com

                                   *Attorneys for Defendant James Bonczek*