# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

 

Check only one of the below categories.

**N889549**

| ☒ ARREST EVIDENCE | ☐ DECEDENT'S PROPERTY | ☐ FOUND PROPERTY |
| --- | --- | --- |
| ☐ INVESTIGATORY | ☐ PEDDLER PROPERTY | ☐ OTHER _____ |

DATE PREPARED: October 18   YR 2007   PCT. 013 pct

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
| --- | --- | --- | --- | --- |
| Ryan, Sean | DET | 7910 | ~~~~ | VED. Vice |

| Prisoner's Last Name | First | Age | Address | No. of Prisoners | Acc./Aided # |
| --- | --- | --- | --- | --- | --- |
| Bonczek, James F | | 58 | 6 Stuyvesant Oval #8F | 01 | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 10-18-07 | M07690669 | Penal law 263.16 | ☒ | ☐ | ☐ | ☐ | 013-09393 |

| Finder of Property | Address | Telephone No. |
| --- | --- | --- |
| Ryan, Sean | 1 Police Plaza New York | |

| Owner's Name | Address | Telephone No. |
| --- | --- | --- |
| Bonczek, James F | 6 Stuyvesant Oval #8F | |

| Complainant's Name | Address | Telephone No. |
| --- | --- | --- |
| P.S.N.Y | 1 Police Plaza NY NY | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION | AND DATE |
| --- | --- | --- | --- | --- | --- |
| 01 | 01 | Apple I-Book s/n UV1242MDLAN | | | |
| | | above is a complete list of all items vouchered | | | |
| | | sec env #c417556 | | | |
| | | TOTAL | | | |

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused

**R.T.O.**   Owner/Claimant's Signature   Date   Time   Property Clerk Storage Location

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).

At t/p/o above item was removed and confiscated under the supervision of Sgt. Minca from the Vice Major Case Unit from the bedroom desk sec env # C417556

| Rank and Signature of Desk Officer | Tax No. | Signature of Arresting/Assigned Officer | Boro Storage No. | |
| --- | --- | --- | --- | --- |
| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | | Command |

Property Clerk's Signature

**N889549**

  

# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Pent

Check only one of the below categories.

**N889546**

| | | |
|---|---|---|
| ☒ ARREST EVIDENCE | ☐ DECEDENT'S PROPERTY | ☐ FOUND PROPERTY |
| ☐ INVESTIGATORY | ☐ PEDDLER PROPERTY | ☐ OTHER _____ |

DATE PREPARED: October 18  YR 2007  PCT. 013pct

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Ryan, Sean | DET | 7910 | ~~~~~ | VED/Vice |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| Bonczek, James F | | 58 | 6 Stuyvesant Oval New York #8 | 01 | ------ |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 10-18-07 | M076900669 | Penal Law 263.16 | ☒ | ☐ | ☐ | ☐ | 013-09393 |

| Finder of Property | Address | Telephone No. |
|---|---|---|
| Ryan, Sean | 1 Police Plaza New York NY | ~~~~~~~ |

| Owner's Name | Address | Telephone No. |
|---|---|---|
| Bonczek, James F | 6 Stuyvesant Oval New York NY | |

| Complainant's Name | Address | Telephone No. |
|---|---|---|
| P.S.N.Y | 1 Police Plaza | 718-~~~~~ |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION (For Property Clerk's Use Only) AND DATE |
|---|---|---|---|---|
| 01 | 04 | U.S.A Passport | | |
| 02 | 01 | NYS Driver License (Bonczek) | | |
| 03 | 01 | NY State ID Card (Cortez) | | |
| 04 | 06 | Address/Planner books | | |
| 05 | 01 | 2004 Calendar | | |
| 06 | 27 | Misc Paperwork | | |
| 07 | 32 | Misc pictures | | |
| 08 | 03 | Books | | |
| 09 | 01 | Olympus Digital Voice Recorder | | |
| 10 | 01 | Large ziplock bag of Condoms | | |

TOTAL: complete list of all items vouchered

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused

**R.T.O.**

Owner/Claimant's Signature  Date  Time  Property Clerk Storage Location

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).

At t/p/o above items were recovered during a search warrant at the above pct prisoner's residence under the supervision of Sgt. Minca-VED  sec env # c417
C417557

Rank and Signature of Officer  Tax No.  Signature of Arresting/Assigned Officer  Boro Storage No.

PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY:  Rank  Name  Command

Property Clerk's Signature

**N889546**

# PROPERTY CLERK'S INVOICE

PD 521-141 (Rev. 5/01)-Peni

  

**N889543**

*Check only one of the below categories.*

☒ ARREST EVIDENCE ☐ DECEDENT'S PROPERTY ☐ FOUND PROPERTY
☐ INVESTIGATORY ☐ PEDDLER PROPERTY ☐ OTHER _____

DATE PREPARED: October 18, 2007  YR 2007  PCT 013

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Ryan, Sean | DET | 7910 | ~~~~ | VED/Major Cas |

| Prisoner's Last Name | First | Age | Address | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| Bonczek, James | F | 58 | 6 Stuyvesant Oval NY NY #8H | 01 | ------ |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 10-18-07 | M07690669n | Penal Law 263.16 | ☒ | ☐ | ☐ | ☐ | 013-09393 |

| Finder of Property | Address | Telephone No. |
|---|---|---|
| Detective Ryan | 1 Police Plaza New York NY | ~~~~ |

| Owner's Name | Address | Telephone No. |
|---|---|---|
| Bonczek, James F | 6 Stuyvesant Oval New York NY | ~~~~ |

| Complainant's Name | Address | Telephone No. |
|---|---|---|
| P.S.N.Y | 1 Police Plaza New York NY | ~~~~ |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION | AND DATE |
|---|---|---|---|---|---|
| 01 | 01 | RCA Video Camera S/N#041370967 | | | |
| 02 | 13 | VHS Tapes | | | |
| 03 | 07 | VHS 8MM Tapes | | | |
| 04 | 01 | Power Supply | | | |

Above is a complete list of all items vouchered

sec env # C417559

**R.T.O.**

REMARKS: Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).

At t/p/o above items were recovered from bedroom closet of Prisoner's residence and removed pursuant to the execution of a search warrant.

sec env #c417559

**N889543**

TOTAL P.05





# PROPERTY CLERK'S INVOICE
PD 521-141 (Rev. 5/01)-Pent

*Check only one of the below categories.*

**N889550**

| [x] ARREST EVIDENCE | [ ] DECEDENT'S PROPERTY | [ ] FOUND PROPERTY |
|---|---|---|
| [ ] INVESTIGATORY | [ ] PEDDLER PROPERTY | [ ] OTHER _____ |

DATE PREPARED: October 18, 2007 YR   PCT. ████ pct

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Ryan, Sean | DET | 7910 | ████ | VED/Vice |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| Bonczek, James F | | 53 | ████████████ New York | 01 | ——— |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 10-18-07 | H07690669 | Penal Law 263.16 | [x] | [ ] | [ ] | [ ] | 013-09393 |

| Finder of Property | Address | Telephone No. |
|---|---|---|
| Ryan, Sean | 1 Police Plaza New York NY | ████ |

| Owner's Name | Address | Telephone No. |
|---|---|---|
| Bonczek, James F | 6 Stuyvesant Oval New York NY | |

| Complainant's Name | Address | Telephone No. |
|---|---|---|
| P.S.N.Y | 1 Police Plaza New York NY | ████ |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency Only | DISPOSITION | AND DATE |
|---|---|---|---|---|---|
| 01 | 02 | Receipts | | | |
| 02 | 01 | Handwritten Note | | | |
| 03 | 01 | Apartment visit slip | | | |
| 04 | 02 | Shent Response sheet | | | |
| 05 | 02 | CD's | | | |

above is a complete list of all items vouchered

sec env #E685864

TOTAL

Additional Invoice Nos. Related to This Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued [ ] Yes [ ] Refused

Owner/Claimant's Signature    Date    Time    Property Clerk Storage Location

**R.T.O.**

REMARKS: *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

Above items were recovered during a search warrant under the supervision of Sgt. Minca of the Vice Major Case Unit    sec env #E685864

Rank and Signature of Desk Officer    Tax No.    Signature of Arresting/Assigned Officer    Boro Storage No.

PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY:    Rank    Name    Command

Property Clerk's Signature

**N889550**

YELLOW - Prop. Clk. Work Copy