# HAFETZ & NECHELES
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110
TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL info@hafetzlaw.com

FREDERICK P. HAFETZ
SUSAN R. NECHELES
—
JOSHUA R. GELLER
NOAH E. SHELANSKI
TRACY E. SIVITZ
FLORA TARTAKOVSKY

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 8 2008

July 7, 2008

VIA ELECTRONIC MAIL

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007

Re:  *United States v. James Bonczek*, No. 08 Crim. 361 (PAC)

Dear Judge Crotty:

Pursuant to Rule 7H of your individual practices, I hereby request permission to bring my cellular phone/PDA into the Courtroom throughout the suppression hearing scheduled for July 9.

Respectfully,

Joshua R. Geller

cc:  AUSA Telemachus Kasulis (via electronic mail)

*[Handwritten endorsement: July 8, 2008 — Denied So Ordered, Paul Crotty, USDJ]*

**MEMO ENDORSED**

{00084248.DOC;1}