UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

    **-against-**　　　　　　　　　　**08 CRIM 361 (PAC)**

**JAMES BONCZEK,**

        **Defendant.**

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the Memorandum of Law and accompanying Declaration of Susan Necheles submitted in support, Defendant James Bonczek hereby moves this Court to be permitted to review the computers that were seized from his apartment on Macintosh-based forensic computers using Macintosh-based forensic software.

Dated: New York, New York
      July 8, 2008

                                        Yours, etc.

                                        HAFETZ & NECHELES

                                            s/
                                    Susan R. Necheles, Esq. (SRN 1215)
                                    Joshua R. Geller, Esq. (JG 0187)
                                    500 Fifth Avenue, 29th Floor
                                    New York, New York 10110
                                    212-997-7595
                                    srn@hafetzlaw.com
                                    jrg@hafetzlaw.com

                                    *Attorneys for Defendant James Bonczek*