# HAFETZ & NECHELES
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110

TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: info@hafetzlaw.com

FREDERICK P. HAFETZ
SUSAN R. NECHELES

JOSHUA R. GELLER
NOAH E. SHELANSKI
TRACY E. SIVITZ
FLORA TARTAKOVSKY

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 11 2008

July 10, 2008

**MEMO ENDORSED**

VIA ELECTRONIC MAIL

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007

Re:   United States v. James Bonczek, No. 08 Crim. 361

Dear Judge Crotty:

At yesterday's hearing in the above-captioned matter, the defense offered into evidence the digital camera used by Sergeant Vega on October 17, 2007. The camera was received into evidence as Defense Exhibit A. We believed the camera might have been necessary for cross-examination of the government's witnesses, but the defense ultimately did not make use of the camera.

With Your Honor's permission, we would like to return the camera to Stuyvesant Town. The government has informed us that they do not oppose this request.

Thank you for your consideration.

Respectfully submitted,

Susan R. Necheles

SRN/jrg

cc:   AUSA Telemachus Kasulis (via electronic mail)

SO ORDERED: JUL 11 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE