```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 9 2008
```

# HAFETZ & NECHELES
ATTORNEYS AT LAW

500 FIFTH AVENUE
NEW YORK, N.Y. 10110

TELEPHONE: (212) 997-7595
TELECOPIER: (212) 997-7646
E-MAIL: info@hafetzlaw.com

FREDERICK P. HAFETZ
SUSAN R. NECHELES

JOSHUA R. GELLER
NOAH E. SHELANSKI
TRACY E. SIVITZ
FLORA TARTAKOVSKY

July 25, 2008

*July 29, 2008*

*Exhibits I-1 and I-2 are received in Evidence so ordered*

*Paul Crotty*
*USDJ.*

VIA ELECTRONIC MAIL

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 735
New York, NY 10007

**MEMO ENDORSED**

Re: United States v. James Bonczek, No. 08 Crim. 361

Dear Judge Crotty:

At the July 9 hearing on the defendant's suppression motion in the above-captioned action, the Court kept the record open so that the defendant could introduce records produced by Stuyvesant Town. Stuyvesant Town has produced these records and the defendant hereby offers them into evidence as Exhibits I-1 and I-2. Accompanying Exhibits I-1 and I-2 is an affidavit of Stuyvesant Town employee Diedre Fleming concerning the records' authenticity.

I have shared Exhibits I-1 and I-2 and the Fleming Affidavit with AUSA Kasulis, who has represented that the Government does not oppose Exhibits I-1 and I-2 being received into evidence.

We request that Your Honor "so-order" this letter if Exhibits I-1 and I-2 are received into evidence.

Respectfully submitted,

Susan R. Necheles

SRN/jrg

cc: AUSA Telemachus Kasulis (via electronic mail)

**History by Tag ID**
Date Range: 10/17/07 to 10/18/07

| Tag/Ring ID | User ID | Reason | Check Out Data | Time Out | Time In | Tag Type | Ring ID |
|---|---|---|---|---|---|---|---|
| 6SOA | VEGA | Emergency | | 10/17/2007 08:25:05 pm | | Ring | |
| 6SOA | PESTIC | Unrequested Access | | | 10/17/2007 09:13:16 pm | Ring | |

*Activity Report*
*6SO 8H*

**History by Tag ID**
Date Range: 10/10/07 to 10/20/07

| Tag/Ring ID | User ID | Reason | Check Out Date | Time Out | Time In | Tag Type | Ring ID |
|---|---|---|---|---|---|---|---|
| 6SO-08H | HERNANDEZ | Unrequested Access | | 10/16/2007 11:17:10 am | | Apartment | |
| 6SO-08H | CAMPBELL | Unrequested Access | | | 10/16/2007 12:26:13 pm | Apartment | |
| 6SO-08H | BERNARD | Emergency | | 10/17/2007 08:31:04 pm | | Apartment | |
| 6SO-08H | PESTIC | Unrequested Access | | | 10/17/2007 09:13:16 pm | Apartment | |
| 6SO-08H | VEGA | Emergency | | 10/17/2007 10:40:56 pm | | Apartment | |
| 6SO-08H | CAMPBELL | Unrequested Access | | | 10/18/2007 04:37:59 pm | Apartment | |
| 6SO-08H | GAMBA | Emergency | | 10/18/2007 08:07:24 pm | | Apartment | |
| 6SO-08H | ADAMES | Unrequested Access | | | 10/18/2007 08:22:41 pm | Apartment | |



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

JAMES BONCZEK,

Defendant.

08 CRIM 361 (PAC)

---

**AFFIDAVIT OF DEIDRE FLEIMING CONCERNING
DOCUMENTS PRODUCED BY STUYVESANT TOWN**

STATE OF NEW YORK        )
                         :  SS.:
COUNTY OF NEW YORK       )

Deidre Fleming, being duly sworn, states as follows:

1. I am employed by Stuyvesant Town as a lieutenant of the security department.

2. One of my duties is to supervise the employees responsible for maintaining the security department's records.

3. The security department employs a "key-tracking" system that records when Stuyvesant Town employees take keys to enter a Stuyvesant Town apartment.

4. Pursuant to the July 9, 2008 Order of Judge Crotty, I have reviewed the key-tracking system's records for all records pertaining to Apartment 8H, 6 Stuyvesant Oval, for October 17 and 18, 2007.

5. Stuyvesant Town possesses two keys to Apartment 8H, 6 Stuyvesant Oval. One key is a "master key" for all apartments in 6 Stuyvesant Oval. The other key is a key specific to Apartment 8H.

6. The records reflect that on October 17, the master key for 6 Stuyvesant Oval was checked out by Sergeant Vega at 8:25 p.m.

7. The records reflect that the master key was returned by Stuyvesant Town employee Pestic at 9:13 p.m. on October 17.

8. The records reflect that on October 17, the key to Apartment 8H was checked out by Stuyvesant Town employee Bernard at 8:31 p.m.

9. The records reflect that the key to Apartment 8H was returned by Stuyvesant Town employee Pestic at 9:13 p.m. on October 17.

10. The records reflect that the only other time the key to Apartment 8H was checked out on October 17 was at 10:40 p.m. by Sergeant Vega.

11. The records reflect that the key to Apartment 8H was returned by Stuyvesant Town employee Campbell on October 18 at 4:37 p.m.

_____
Deirdre Fleming

Sworn to before me this
25th day of July, 2008

_____
Notary Public

DONALDA E. HABERSHAM
Notary Public - State of New York
No. 01HA5043977
Qualified in Bronx County
Commission Expires May 22, 2011

2