Aug 4, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The parties have resolved this matter. The Clerk of the Court is directed to close the motion. So ordered.

/s/ Paul Crotty
USDJ

UNITED STATES OF AMERICA,

-against-    08 CRIM 361 (PAC)

JAMES BONCZEK,

                Defendant.

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 4 2008

### NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the Memorandum of Law and accompanying Declaration of Susan Necheles submitted in support, Defendant James Bonczek hereby moves this Court to be permitted to review the computers that were seized from his apartment on Macintosh-based forensic computers using Macintosh-based forensic software.

Dated: New York, New York
       July 8, 2008

                              Yours, etc.

                              HAFETZ & NECHELES

                              _____s/_____
                              Susan R. Necheles, Esq. (SRN 1215)
                              Joshua R. Geller, Esq. (JG 0187)
                              500 Fifth Avenue, 29th Floor
                              New York, New York 10110
                              212-997-7595
                              srn@hafetzlaw.com
                              jrg@hafetzlaw.com

                              *Attorneys for Defendant James Bonczek*